THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ROSADO, Appellant. [4 NYS3d 509]—Order, Supreme Court, Bronx County (Megan Tallmer, J.), rendered March 22, 2010, adjudicating defendant a level three sexually violent offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

We find no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant's point score was far above the threshold for a level three offender, and a downward departure was not warranted merely because he was 58 years old at the time of the adjudication, especially in light of his violent criminal behavior, his prior history of sexual misconduct, and his very poor prison disciplinary record. Although defend-

ant's sex crimes were committed many years ago, his disciplinary record over the course of his lengthy incarceration demonstrates that his risk of recidivism has not abated. We have considered and rejected defendant's remaining claims. Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Feinman and Gische, JJ.